1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11
   DOWARD ALLY,                          1: 06 CV 00414 AWI WMW HC
12
                    Petitioner,          ORDER   GRANTING   MOTION   FOR
13                                        WITHDRAWAL AS COUNSEL

14      v.                               [Doc. 11]

15
   KATHY MENDOZA-POWERS,
16
                    Respondent.
17   _____/

18

19

20
         Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28
21
   U.S.C. Section 2254.   On December 15, 2007, Petitioner's counsel filed a motion to withdrawal as
22
   counsel.  As a basis for his motion, Counsel explains that he has taken employment as a deputy
23
   district attorney for the County of Solano, California, and has declared that this position creates a
24
   conflict of interest.  Accordingly, Attorney Joseph V. Camarata is relieved as attorney of record in
25
   this case.  Petitioner is substituted in as his own counsel, representing himself in pro se.
26
   IT IS SO ORDERED.
27
   **Dated:    February 7, 2008**          _____/s/  **William M. Wunderlich**_____
28                                          UNITED STATES MAGISTRATE JUDGE