1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7   DOWARD ALLY,                          )  1:06-CV-00414 AWI JMD HC
                                          )
8                    Petitioner,          )  ORDER DIRECTING CLERK OF COURT TO
                                          )  CHANGE PETITIONER'S CDC NUMBER
9        v.                               )
                                          )  ORDER EXTENDING TIME TO FILE
10                                        )  OBJECTIONS TO FINDINGS AND
     KATHY MENDOZA-POWERS,                )  RECOMMENDATION
11                                        )
                     Respondent.          )  ORDER DIRECTING CLERK TO SERVE
12   _____)  DOCS. #14 AND 16 ON PETITIONER

13
14        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
15   pursuant to 28 U.S.C. § 2254.

16        On August 22, 2008, this case was reassigned to the undersigned (Doc. #14).  On September
17   19, 2008, the Court submitted findings and recommendation to deny the petition for writ of habeas
18   corpus (Doc. #16).  The orders served on Petitioner were returned as undeliverable with the notation
19   that, "Name and prisoner number do not match."

20        The Court notes that Petitioner's CDC number was incorrectly listed as "D-53028".

21        Rule 6(b) of the Federal Rules of Civil Procedure allows the Court to extend time for good
22   cause with or without a motion before the original time expires.

23        Accordingly, the Clerk of Court is DIRECTED to change Petitioner's CDC number to D-
24   52038 and serve Petitioner with Docs. #14 and 16.  Petitioner is granted thirty  days from the date of
25   service of this order in which to file objections to the findings and recommendation.

26
27   IT IS SO ORDERED.

28   **Dated:     October 6, 2008**          _____/s/ John M. Dixon_____
                                              UNITED STATES MAGISTRATE JUDGE